IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 4:22-cr-560** |
| **v.** | |
| **CARLOS MARTINEZ,** a/k/a "Cuate," | |
| **Defendant.** | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States submits this unopposed motion to continue Defendant Carlos Martinez's sentencing hearing set for May 5, 2025, due to an unforeseen conflict. Counsel for Defendant Martinez does not oppose this request. The United States therefore requests that the Court reset the currently scheduling sentencing hearing to May 21 or 22, 2025.

Respectfully submitted on March 6, 2025.

By: */s/ Anne Veldhuis*
   ANNE VELDHUIS
   MICHAEL G. LEPAGE
   BRITTANY G. MCCLURE
   Trial Attorneys
   Antitrust Division
   U.S. Department of Justice

   CHRISTINA TAYLOR
   Trial Attorney
   Violent Crime and Racketeering Section
   U.S. Department of Justice

ALEXANDER L. ALUM
Assistant U.S. Attorney
U.S. Attorney's Office for the
Southern District of Texas
U.S. Department of Justice

## **CERTIFICATE OF CONFERENCE**

The United States conferred with counsel for Defendant Carlos Martinez regarding this motion. Counsel does not oppose the requested continuance.

*/s/ Anne Veldhuis*
Anne Veldhuis
Trial Attorney
Antitrust Division
U.S. Department of Justice

## **CERTIFICATE OF SERVICE**

The filing was served on all counsel of record via ECF filing.

*/s/ Anne Veldhuis*
ANNE VELDHUIS
Trial Attorney
Antitrust Division
U.S. Department of Justice